IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAK WILLIAMS, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JO ANNE B. BARNHART, | : | NO. 04-CV-1502 |
| Commissioner of Social Security, | : | |
| Defendant | : | |

**ORDER**

AND NOW, this      day of           , 2005, after careful and independent consideration of the parties' cross-motions for summary judgment, and upon review of the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation be APPROVED and ADOPTED;

2. The Commissioner's Motion for Summary Judgment be DENIED;

3. The Plaintiff's Motion for Summary Judgment be DENIED in part and GRANTED in part; and,

4. This matter be REMANDED to the Commissioner to: 1) proceed with counsel; 2) allow Plaintiff to incorporate new evidence of her impairments into the administrative record; 3) obtain a psychiatric consultative evaluation of Plaintiff's impairments; 4) obtain mental and physical functional assessments of Plaintiff's ability to perform work related activities; and, 5) re-evaluate Plaintiff's disability status.

It is so ORDERED.

BY THE COURT:

_____
RONALD L. BUCKWALDER, J